Jan 29 Post #1/5            #2/5            #3/5



#4/5            #5/5



Letter #1/5  #2/5  #3/5

← Laurie Sokoloff

 Lara St John
3h

Here is a letter I sent a week ago to the Baltimore Symphony Orchestra. At the time I did not know of Laurie Sokoloff's letter to them.
I have received no reply.

February 19, 2025

Mr. Mark C. Hanson
President & CEO
Baltimore Symphony Orchestra
1212 Cathedral Street
Baltimore, MD 21201

Dear Mr. Hanson:

I write to express my profound disappointment that the Baltimore Symphony Orchestra is permitting concertmaster Jonathan Carney to retire with honors from the orchestra, given his longstanding reputation as a sexual predator who is known for actively fostering a toxic working environment.

facebook.com

← Laurie Sokoloff

environment.

It has been reported both publicly and privately, including by musicians known to me personally, that Mr. Carney has solicited numerous women in the orchestra for sex. It is well known that oboist Katherine Needleman rejected his advances 20 years ago and that he has made her working life unnecessarily difficult since that time. When the matter was investigated in 2005, Mr. Carney initially lied about his actions to investigators, ultimately admitting to propositioning Needleman only after he was divorced from his wife years later.

Multiple sources have indicated that several string sub positions were reserved for women who would sleep with him. One musician expressed shock at the lewd comments he made about her breasts when she was a student. Another obtained a restraining order against him. He reportedly took steps to ensure that his girlfriend, who later became

← Laurie Sokoloff

against him. He reportedly took steps to ensure that his girlfriend, who later became his wife, could perform in the orchestra without submitting to the usual audition process. I have read that at least two orchestra personnel managers were unhappy about this flagrant nepotism, which went unchallenged by the orchestra's management or Board of Directors at the time.

As reported recently in The Baltimore Banner, board member Stephen Shawe admitted that Mr. Carney "is not a choir boy" and claimed to have reprimanded him for his behavior. As a lawyer who represents the BSO in EEOC cases and who also sits on the board's Executive Committee, Shawe seems to be wearing several hats in this matter and would not appear to be the right person to handle any effort to discipline Mr. Carney for his behavior.

As it turns out, Mr. Carney's prominent role at the orchestra cannot even by justified by any special talent for playing the violin. Through

#4/5  #5/5

← Laurie Sokoloff

an acquaintance, I obtained recent recordings of Mr. Carney's playing. He was literally unable to perform Vivaldi's Winter, and his rendition of the Bruch violin concerto was executed at a mediocre student level. I have performed both of these works in concert hundreds of times. He clearly lacks the qualifications for his position.

So why has the BSO allowed him to retire rather than dismissing him for cause, and why is the orchestra honoring him with a laureate position? He has an established record as an untruthful sexual predator and workplace tyrant. To top it off, he can't play the violin at the level required of a concertmaster.

Would you be willing to offer the public an explanation of your reasoning for why Mr. Carney is receiving such generous treatment from your organization? It does seem incongruous with the orchestra's stated values to laud this man as he departs.

← Laurie Sokoloff

I strongly urge you to initiate a new investigation into Mr. Carney's behavior conducted by an impartial expert in the field (such as the team at Cozen O'Connor in Philadelphia, which investigated what we now know to be widespread sexual abuse at the Curtis Institute of Music), make the results of that investigation public and dismiss Mr. Carney for cause.

I would be grateful for your response.

Regards,

Lara St. John

cc: Barry F. Rosen, Chair, Baltimore Symphony Orchestra at brosen@gfrlaw.com



facebook.com