UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD JONATHAN CARNEY,	Civil Action No. 25-cv-2525-LAK

        Plaintiff,

-against-

LARA ST. JOHN,

        Defendant.

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law and Affirmation of Brian K. Bernstein, Esq., dated June 8, 2025 and Exhibits annexed thereto, Defendant Lara St. John, by and through her undersigned counsel, will move this Court before the Honorable Lewis A. Kaplan at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, for an order dismissing the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and Civil Rights Law §74, and for reasonable attorneys' fees and costs pursuant to the N.Y. Anti-SLAPP Statute and N.Y. Civil Rights Law §70-a(1).

[Continued on Next Page]

Pursuant to Local Civil Rule 6.1(b), Plaintiff's opposition must be filed within fourteen days, and any reply must be served within seven days of receipt of opposition papers.

Dated: Fort Lee, New Jersey
       June 8, 2025

Respectfully submitted,

LAW OFFICES OF BRIAN K. BERNSTEIN, P.C.

Brian K. Bernstein (NY Bar No. 1882182)
2050 Center Avenue, Suite 435
Fort Lee, NJ 07024
(201) 461-3800
brianbernstein@bkbesq.com
Counsel for Defendant Lara St. John

To: Thomas A. Capezza, Esq.
    Capezza Hill, LLP
    30 Pearl Street, Suite P-110
    Albany, New York 12207
    (518) 478-6065
    tom@capezzahill.com

    Neil J. Ruther, Esq.
    14307 Jarrettsville Pike, Suite A
    Phoenix, Maryland 21131
    (667) 308-2134
    nruther@rutherlaw.net

    Counsel for the Plaintiff