# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD JONATHAN CARNEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. |
| ) | |
| LARA ST. JOHN, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant ) | |
| ) | |

## COMPLAINT

NOW COMES Edward Jonathan Carney, Plaintiff, (hereinafter "Carney") by and through his undersigned Counsel and brings this action for damages arising from libel and slander committed by the Defendant and for grounds therefore states as follows:

## PRELIMINARY STATEMENT

1. Carney is a well-known musician who has been Concertmaster of the Baltimore Symphony Orchestra ("BSO") for more than 24 years.

2. In addition to his duties as Concertmaster Carney has enjoyed an international reputation as a concert violinist and concertmaster with orchestras and other musical events at venues all over the world. He is a resident of Maryland.

3. In early 2025 Carney and the BSO announced that Carney would be retiring as Concertmaster at the end of the 2026-2027 season and would thereafter be named Concertmaster Laureate of the Orchestra.

4. The Defendant, Lara St. John, a resident of New York City, is a professional violinist whose past credits include recordings of classical music and appearances with orchestras in various parts of the world.

1

5.  This case is brought to redress libelous statements made by St. John in a letter sent to the BSO management opposing Carney's designation as Concertmaster Laureate which she published on the Internet and, upon information and belief, has been republished and communicated to thousands of individuals in the classical music community.

6.  The published statements are false and defamatory.

7.  The publication of these statements, many of which are libelous *per se*, has caused incalculable damage to Carney's reputation in the classical music industry and to his ability to obtain employment as a musician.

## PARTIES

8.  Plaintiff Carney is an individual residing in and employed in Baltimore, Maryland. He is currently the Concertmaster of the Baltimore Symphony Orchestra.

9.  Defendant St. John is an individual residing in New York County, New York State. She is an independent musician, author and producer of musical materials.

## JURISDICTION AND VENUE

10.  This Court has jurisdiction over this matter as this is an action by and between citizens of different states in which the damages, exclusive of interest and costs, exceeds Seventy-Five Thousand Dollars ($75,000.00) as provided in 28 U.S.C. §1332.

11.  Venue is proper in this Court pursuant to 28 U.S.C. § 1391 (b) as the Defendant resides and carries on a regular trade or business in this District.

## FACTS

12.  On January 29, 2025, the Defendant St. John published a commentary on her Facebook page which is accessed by thousands of people in the musical community.

13. In her January 29, 2025, publication, Defendant St. John wrote, "It is appalling to me that this Carney concertmaster is now allowed to retire with heaps of laurels, while a lot of women have been harassed and abused by this guy. It's well known that he asked many women in the orchestra for sex."

14. In that same communication St. John alleged that a member of the Orchestra had obtained a restraining order against Carney and that he had arranged that his "girlfriend, now wife, could play in the Orchestra without auditioning" in violation of procedure and Union rules.

15. In that same communication Defendant St. John alleged that she had obtained "bootlegged copies" of Orchestra rehearsals in which Carney played various pieces. She characterized his playing as "mediocre student level, at best" "Dude sucks at violin."

16. On or about February 19, 2025, St. John published a letter she had sent to Mr. Mark Hanson, President and CEO of the BSO complaining that Carney was retiring from the Orchestra with the title Concertmaster Laureate. (A copy of the letter is attached hereto as Exhibit A).

17. Shortly thereafter, St. John published the letter on her Facebook page which has approximately 5,000 viewers.

18. In the letter she made the following statements:

   a. That Carney was a sexual predator who is known for actively fostering a toxic working environment.

   b. That Carney has solicited numerous women in the orchestra (sic) for sex.

   c. That Carney had made the working life of an oboist, Katherine Needleman, at the BSO unnecessarily difficult because she refused his request for sex.

   d. That Carney lied to investigators concerning his actions with Needleman

3

e. That Carney reserved substitute violin appointments in the BSO for women who would sleep with him.

f. That Carney made lewd comments about the appearance of a BSO musician when she was a student.

g. That a BSO musician obtained a restraining order against Carney.

h. That Carney took steps to ensure that his then girlfriend could perform with the Orchestra without submitting to the usual audition process.

i. That Carney has an established record as an untruthful sexual predator and workplace tyrant.

19. On or about February 28, 2025, St. John published another letter acknowledging that a similar letter had been sent by retired BSO musician Laurie Sokoloff. That communication also published on the Internet, stated that the BSO was protecting Carney, who "was a predator for decades."

20. Each of the statements recited in Paragraphs 13 through 19 are false and were made with actual knowledge of their falsity or with reckless disregard for the truth of such statements.

21. Each of the statements referred to were made with actual malice toward the Plaintiff and in complete disregard of his rights.

22. Each of the statements referred to above were made with the intent to harm the Plaintiff.

23. The Defendant knew or should have known that the statements made were false and defamatory and would cause damage to the Plaintiff's reputation and standing in the classical music community.

4

### FIRST CAUSE OF ACTION
Defamation – Libel

24. Plaintiff hereby incorporates by reference each and every allegation contained above as if set forth fully herein.

25. Defendant made statements about Plaintiff which Defendant knew, or reasonably should have known, were false.

26. Defendant made said statements without privilege or authorization.

27. As a direct and proximate result of the defamatory statement of Defendant St. John, the character and reputation of the Plaintiff were harmed, his standing and reputation in the musical community were impaired and he has suffered mental anguish and personal humiliation.

28. As a direct and proximate result of the defamatory statements of the Defendant St. John, Plaintiff has suffered, and will continue to suffer, in the form of future loss of prospective income which he would have earned in his work as a concert artist.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter a judgment:

A. Awarding reasonably and just compensatory damages in the amount of One Million Dollars ($1,000,000.00);

B. Punitive damages in an amount to be assessed in these proceedings;

C. Awarding attorneys' fees and costs; and

5

D. Ordering other and further relief as this Court deems just, proper, and equitable.

DATED:    March 27, 2025

_____
Thomas A. Capezza
Bar No. 503159
Capezza Hill, LLP
30 South Pearl Street P-110
Albany, NY 12207
518-478-6065
tom@capezzahill.com


_____
Neil J. Ruther
M.D. Bar No. 000966
14307 Jarrettsville Pike, Suite A
Phoenix, Maryland 21131
667-308-2134
nruther@rutherlaw.net
*To be admitted Pro Hac Vice*

6

Jan 29 Post #1/5                    #2/5                                          #3/5



← Lara St John

**Lara St John**
Jan 29

\*\*\*More Men Misbehaving in Music\*\*\*

In recent news, it has been reported in multiple places that Jonathan Carney, longtime concertmaster of the Baltimore Symphony, will be stepping down. "Retiring" if you will.

But I read this in the Baltimore Banner: "The BSO did not give a reason why Carney was leaving. As recently as November, BSO attorney and board member Stephen Shawe defended the rockier moments of Carney's long tenure and gave no indication the concertmaster would be stepping down. "Believe me, he is not a choir boy," Shawe said late last year. "He's been talked to.""

← Lara St John

From what I understand, Stephen Shawe is an 85-year-old lawyer who represents the BSO in any EEOC charge and also sits on the "Executive Committee" of the board. A glaring conflict of interest.

It is appalling to me that this Carney concertmaster is now allowed to retire with heaps of laurels, while a lot of women have been harassed and abused over a period of decades by this guy. It's well-known that he asked many women in the orchestra for sex. Katherine Needleman famously said no 20 years ago, and he has treated her very badly ever since.

At that time (in 2005) he apparently had a wife and kids so he lied. When he ended his marriage, he finally admitted to propositioning Katherine. Meanwhile, it seems that some string sub positions were reserved for only those who would sleep with him. One woman was astonished at the lewd comments he made about her breasts when she was a student, and another had to get a restraining order against him. Another

← Lara St John

restraining order against him. Another became his mistress, then second wife, and he broke down any sort of audition requirements so that she could play in the orchestra without needing to audition. I read recently that at least two orchestra personnel managers were upset about such flagrant nepotism.

"Being talked to" by an 85-year-old rich white man was likely a punch in the arm and a jocular wink: "Don't piss off those woke folks too much more, hey? You do what you want but just keep all those women quiet – and we'll protect you."

Also, he lied outright to the Baltimore Sun, a newspaper that does not seem to be interested in factual reporting. The EEOC in no way ruled in favour of the orchestra, as Mr. Carney is quoted as saying.

Furthermore, for all those bros out there who insist that only white men can bring quality to classical music, and that's why only white men have positions of power, let me tell you something. I have a lot of friends and my ear

#4/5                                          #5/5



.ıll AT&T  3:35 PM

← Lara St John

something. I have a lot of friends and my ear to the ground. I have been sent bootlegs (by disbelieving acquaintances) of Mr. Carney playing recent concerti. He was literally unable to perform Vivaldi's Winter, and his rendition of the Bruch concerto was mediocre student level, at best. I was agog.

These recordings are not something I am able to share here, because I don't feel like getting sued, but I'm very confident - as someone who has played both concertos easily over 100 times - that I can comment intelligently on what I heard.

Dude sucks at violin.

So, why is he getting to "retire" and being fêted with a "laureate" position? He's been responsible for women quitting music or having a terrible time in their profession – over decades. Everyone knows he's a liar and a predator. To top it all off, he simply can't play his instrument.

← Lara St John

play his instrument.

And now he's getting rewarded for it. Someone needs to answer me as to why.

Kurt Muroki and 421 others
422   65      39

Letter #1/5                    #2/5                    #3/5

### Letter #1/5

← Laurie Sokoloff

Lara St John
2h

Here is a letter I sent a week ago to the **Baltimore Symphony Orchestra**. At the time I did not know of **Laurie Sokoloff**'s letter to them.
I have received no reply.

February 19, 2025

Mr. Mark C. Hanson
President & CEO
Baltimore Symphony Orchestra
1212 Cathedral Street
Baltimore, MD 21201

Dear Mr. Hanson:

I write to express my profound disappointment that the Baltimore Symphony Orchestra is permitting concertmaster Jonathan Carney to retire with honors from the orchestra, given his longstanding reputation as a sexual predator who is known for actively fostering a toxic working environment.

facebook.com

### #2/5

← Laurie Sokoloff

environment.

It has been reported both publicly and privately, including by musicians known to me personally, that Mr. Carney has solicited numerous women in the orchestra for sex. It is well known that oboist Katherine Needleman rejected his advances 20 years ago and that he has made her working life unnecessarily difficult since that time. When the matter was investigated in 2005, Mr. Carney initially lied about his actions to investigators, ultimately admitting to propositioning Needleman only after he was divorced from his wife years later.

Multiple sources have indicated that several string sub positions were reserved for women who would sleep with him. One musician expressed shock at the lewd comments he made about her breasts when she was a student. Another obtained a restraining order against him. He reportedly took steps to ensure that his girlfriend, who later became

### #3/5

← Laurie Sokoloff

against him. He reportedly took steps to ensure that his girlfriend, who later became his wife, could perform in the orchestra without submitting to the usual audition process. I have read that at least two orchestra personnel managers were unhappy about this flagrant nepotism, which went unchallenged by the orchestra's management or Board of Directors at the time.

As reported recently in The Baltimore Banner, board member Stephen Shawe admitted that Mr. Carney "is not a choir boy" and claimed to have reprimanded him for his behavior. As a lawyer who represents the BSO in EEOC cases and who also sits on the board's Executive Committee, Shawe seems to be wearing several hats in this matter and would not appear to be the right person to handle any effort to discipline Mr. Carney for his behavior.

As it turns out, Mr. Carney's prominent role at the orchestra cannot even by justified by any special talent for playing the violin. Through

#4/5                    #5/5

### #4/5

← Laurie Sokoloff

an acquaintance, I obtained recent recordings of Mr. Carney's playing. He was literally unable to perform Vivaldi's Winter, and his rendition of the Bruch violin concerto was executed at a mediocre student level. I have performed both of these works in concert hundreds of times. He clearly lacks the qualifications for his position.

So why has the BSO allowed him to retire rather than dismissing him for cause, and why is the orchestra honoring him with a laureate position? He has an established record as an untruthful sexual predator and workplace tyrant. To top it off, he can't play the violin at the level required of a concertmaster.

Would you be willing to offer the public an explanation of your reasoning for why Mr. Carney is receiving such generous treatment from your organization? It does seem incongruous with the orchestra's stated values to laud this man as he departs.

### #5/5

← Laurie Sokoloff

I strongly urge you to initiate a new investigation into Mr. Carney's behavior conducted by an impartial expert in the field (such as the team at Cozen O'Connor in Philadelphia, which investigated what we now know to be widespread sexual abuse at the Curtis Institute of Music), make the results of that investigation public and dismiss Mr. Carney for cause.

I would be grateful for your response.

Regards,

Lara St. John

cc: Barry F. Rosen, Chair, Baltimore Symphony Orchestra at brosen@gfrlaw.com



facebook.com