# EXHIBIT C

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [ ] FEPA<br>[X] EEOC | |

Maryland Commission on Civil Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Katherine Needleman | ███ | ███ |

| Street Address | City, State and ZIP Code |
|---|---|
| ███ | |

**Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.** *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Baltimore Symphony Orchestra, Inc. | 101-200 | (410) 783-8100 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1212 Cathedral Street | Baltimore, MD 21201 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| [ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN<br>[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION<br>[ ] OTHER *(Specify)* | Earliest: 10/25/2005   Latest: Ongoing<br>[X] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I, Katherine Needleman, bring this charge against the Baltimore Symphony Orchestra, Inc. ("BSO") to oppose the sexual harassment and retaliation I have experienced as a BSO employee.

I joined the BSO in 2003 as principal oboist. Until October 2005, I enjoyed an excellent working relationship with concertmaster Jonathan Carney. This all changed when I rebuffed Mr. Carney's sexual advance during an October 2005 tour in Barcelona. During the tour, Mr. Carney came to my hotel room at 3:30 a.m. and asked me for sex, telling me it would "complete our onstage relationship." I refused, reminding Mr. Carney that it was inappropriate for him to proposition a subordinate. Mr. Carney asked me if I was attracted to him; I said no. He responded that we would have a relationship if he were younger because I was "totally his type." From that point forward, Mr. Carney set out to punish me for rejecting his sexual advance by working to embarrass me and undermine my authority.

**(continued on attached page)**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9/14/18 ███<br>Date — Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

**Maryland Commission on Civil Rights** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Page 2 of 9

Mr. Carney's harassment has been persistent, spanning more than a decade. Mr. Carney has belittled me in front of colleagues, made over-the-top shows of disrespecting me when I lead the orchestra in tuning, threatened me with violence, and used his body to physically intimidate me. Some examples of this conduct include:

- In January 2006, I was at the BSO talking with visiting former personnel manager Dottie Olander in the hallway. Mr. Carney approached and joined the conversation. I excused myself to attend the flute auditions upstairs and before I left, Mr. Carney said: "Nice to see you, Katherine. How are your *pezones* doing?" During the Barcelona tour, the conductor had taught members of the orchestra that "pezones" was Spanish for "nipples." Thus, the comment was both a reference to the Barcelona tour during which he had propositioned me and an inappropriate inquiry into the state of my nipples. I tried to ignore the remark and left.

- During a concert in December 2006, Mr. Carney asked me to give the A note to tune at an unusual and new place. When I was delayed by a few seconds in giving the A, Mr. Carney played his own A before I had a chance, remarking to his section that "if she won't give it to you, I will." During intermission, I went to find Mr. Carney to discuss the issue, but instead found former BSO musician Madeline Adkins with a group of five to ten colleagues standing around, who told me that Mr. Carney had just announced to the group that he wanted to "slam the hell out of" me. When I found Mr. Carney, he told me I had made "the most horrible face" during the concert and that he had "never been so livid on stage before." Mr. Carney proceeded to tell me that I was unprofessional and listed his expectations around tuning, which I found bizarre since he had never raised concerns about my tuning before the Barcelona tour. When I told Mr. Carney that I considered this harassment and would no longer tolerate it, Mr. Carney responded, "whatever, sweetie, I have to practice," and shut his dressing room door.

- Since October 2005, Mr. Carney, who is tall and has a much larger frame than I do, has used his body to physically intimidate and demean me. On several occasions when we have met on the staircase, Mr. Carney has taken up the entire stair and refused to make room for me to pass, forcing me to squeeze my body around his. This has occurred as recently as February 20, 2018.

- After the Barcelona tour, Mr. Carney began criticizing and mocking me in front of our colleagues and has continued to do so to this day. On one occasion in May 2006, after attempting to move the front

**(continued on attached page)**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>**SIGNATURE OF COMPLAINANT** |
| _____   _____<br>Date                                           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Maryland Commission on Civil Rights                              and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

Page 3 of 9

    row of wind instruments without consulting me, a leader in the wind section, Mr. Carney told the entire orchestra that while I may think I can see better in my usual location, I do not sound better. He has also repeatedly announced to the entire orchestra that I was playing incorrectly – at times mocking my playing – even where the conductor has made no such comment. As recently as February 2018, Mr. Carney repeatedly told a conductor to correct my playing in front of the entire orchestra.

- Since I rebuffed his sexual advance and through the present, Mr. Carney has, with few exceptions, refused to tune his violin to my A during both rehearsals and concerts, instead talking to violinists around him, hacking away at his violin without tuning, or smirking and making faces at people. This is significant because, as principal oboist, one of my primary responsibilities is tuning the orchestra by giving the A note at the start of every concert and rehearsal. Every member of the orchestra is supposed to listen attentively to the A as I play it and then tune their instruments to it. In an orchestra, it is considered highly disrespectful to ignore the principal oboist's A during tuning. By making a show of ignoring my A, Mr. Carney sends a powerful message to the rest of the orchestra that I am not to be taken seriously. Furthermore, Mr. Carney has changed previously agreed upon tuning procedures without consulting me, for example by tuning to the piano or to the cello, instead of to the oboe. It is unheard of for the concertmaster to change the tuning procedure without first consulting with the principal oboist. Mr. Carney has also explicitly questioned my tuning publicly on a number of occasions, most recently in January 2018, when he remarked to his colleague next to him: "Why do we take the A from the oboe anyway? Oh! Because it's the most unstable!"

These examples of Mr. Carney's harassment towards me are non-exhaustive, but illustrate the hostile work environment he has created for me since October 2005.

BSO management has been complicit in maintaining this hostile work environment and condoning Mr. Carney's sexual harassment and subsequent retaliation. I have complained about the harassment to BSO management on a number of occasions. First, after Mr. Carney's threat to "slam the hell out of" me, I reported the sexual harassment and hostile work environment to BSO's then Personnel Manager Marilyn Rife and Director of Human Resources Christina Moon in December 2006. I explained that I believed Mr. Carney's threat and other intimidating and disrespectful behavior towards me was in retaliation for refusing his sexual advance, particularly since we had an excellent working relationship before his advance. Ms. Moon and Ms. Rife instructed me to stay quiet until they had a chance to speak with me again. I spoke with Ms. Moon again

**(continued on attached page)**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| _____   _____<br>Date                        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | ☐ FEPA<br>☒ EEOC | |
| Maryland Commission on Civil Rights | | and EEOC |
| *State or local Agency, if any* | | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Page 4 of 9

by telephone on December 13, 2006. Ms. Moon told me that Mr. Carney had denied asking me for sex or commenting about my nipples. Ms. Moon stated that it was my word against Mr. Carney's, that my account of how Mr. Carney had come to my hotel room in Barcelona was "bizarre," and that Mr. Carney had no reason to lie. Ms. Moon further told me that I had acted unprofessionally in telling Mr. Carney that I believed his behavior was harassment. Later that day, following this phone call, I filed a formal written complaint concerning the hostile work environment with Ms. Moon. In the complaint, I requested that Mr. Carney stop physically threatening me, treating me unprofessionally, and publicly insulting me. I emailed the complaint to Ms. Moon, Ms. Rife, and Stephen Jacobsohn, then Interim Director of Orchestra Personnel, but never received any response.

Given the BSO's refusal to take my complaint seriously – or to take any responsive action at all – I tried to accept the status quo of working in a hostile work environment for some time. Although I had maintained a personal log with contemporaneous notes of incidents of harassment starting from the Barcelona tour through the end of 2006, I stopped logging these incidents of intimidating and threatening behavior by Mr. Carney, even though they continued regularly. In May 2016, after a particularly humiliating incident where Mr. Carney again publicly questioned my tuning and, when I tried to defend myself, Mr. Carney declared "Katherine, I wasn't talking to you" in front of the entire orchestra, I resumed keeping my personal log documenting his harassment. I further emailed Jinny Kim, Director of Orchestra Personnel, about the incident, noting Mr. Carney's history of engaging in such harassing conduct in response to my rebuffing his sexual advance. I also pointed out that I was particularly concerned since Mr. Carney had failed to attend the supposedly mandatory workplace sexual harassment training conducted in November 2015—the first of its kind since I had joined the BSO. I received no response from Ms. Kim or from other members of BSO management.

I again reported the harassment to Vice President and General Manager Tonya McBride Robles on January 10, 2018. I described what had occurred to date and explained that I would no longer tolerate this ongoing harassment. On January 17, 2018, BSO Vice President and Chief Financial Officer Sarah Beckwith requested to meet with me. Tonya Robles, BSO's General Manager, also attended the meeting. Per union rules, I brought a representative from the Player's Committee with me to the meeting, but Ms. Beckwith and Ms. Robles would not allow the representative to attend. During the meeting, Ms. Beckwith and Ms. Robles told me that they had engaged Helene Meyers of the HR Team, an outside human resources consultant, to investigate my allegations of sexual harassment and retaliation. They told me that I would be required to sign

**(continued on attached page)**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| _____   _____<br>Date                         Charging Party Signature | |

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

| Maryland Commission on Civil Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Page 5 of 9

a confidentiality agreement as part of the investigation. I responded that I did not feel comfortable signing such an agreement. My union representatives later confirmed that BSO management had been wrong to exclude a union representative from the meeting and to try to force me into signing a confidentiality agreement to have my sexual harassment and retaliation claims finally investigated.

In January and February 2018, I met with Helene Meyers, an outside human resources consultant brought in by the BSO, to discuss the harassment. Ms. Meyers told me that Mr. Carney now admitted to asking me for sex in 2005 and that his account was "nearly verbatim" to what I had described in my contemporaneous log – a marked departure from his previous denial of the incident (and BSO management's acceptance of his denial). Nevertheless, Ms. Meyers' only proposal for remedying the situation was for Mr. Carney and me to engage in mediation. Although I was not sure of why I, as the reporting victim, needed mediation, I said I would do it if Mr. Carney first apologized about lying about his request for sex when BSO management asked him about it in 2006 and for saying he wanted to "slam the hell out of" me. To this date, Mr. Carney has offered no such apologies and the harassment outlined above has continued. [REDACTED]

Similarly, until I retained counsel in this matter in February 2018, there had only been one sexual harassment training during my 15 years with the BSO. It occurred in November 2015 and was supposedly mandatory, but there appeared to be no consequences when Mr. Carney failed to attend. To the women in the orchestra who have been subject to Mr. Carney's sexual harassment, as described further herein, his failure to attend the training confirmed their suspicions that he operates above the law in the BSO and would be too powerful to even attempt to report.

The BSO has continued to mishandle my complaints of sexual harassment and retaliation. After my attorney contacted the BSO about my sexual harassment and retaliation claims, the BSO had Ms. Meyers reopen her investigation and interview additional witnesses. Yet, as fellow BSO musician [REDACTED] reported to

(continued on attached page)

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br>I declare under penalty of perjury that the above is true and correct. | NOTARY – When necessary for State and Local Agency Requirements<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
|---|---|
| Date        Charging Party Signature | |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |
| | Maryland Commission on Civil Rights | and EEOC |
| | *State or local Agency, if any* | |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Page 6 of 9

me, Ms. Meyers questioned ▇ about whether I was difficult to work with or had any other problems ▇ knew of, but failed to even mention Mr. Carney by name. Thus Ms. Meyers' expanded investigation appeared to be focused on discrediting me, rather than getting to the bottom of whether Mr. Carney had sexually harassed and retaliated against me and other women at the BSO.

In response to complaints from my attorney about Ms. Meyers' investigation, in mid-March 2018, the BSO hired an outside attorney, Melissa McGuire, to conduct a new investigation into my claims of sexual harassment and retaliation. My attorney and I had several concerns with how Ms. McGuire conducted her investigation. First, although my attorney informed Ms. McGuire that certain witnesses who had also been sexually harassed by Mr. Carney would only speak with her if their names were not disclosed to Mr. Carney or to BSO management, she refused to protect their identities in this manner. Second, my attorney requested that the BSO place Mr. Carney on leave during the investigation to encourage colleagues to speak openly, particularly given his position of authority within the orchestra and the BSO's history of not taking complaints against him seriously or requiring him to attend supposedly mandatory sexual harassment training. Ms. McGuire and the BSO refused, even after my attorney shared evidence with them that Mr. Carney had emailed a witness in an attempt to intimidate her and prevent her from speaking with Ms. McGuire. Given these issues with how Ms. McGuire has conducted her investigation, the BSO appears to be more interested in protecting Mr. Carney than creating a safe environment for victims of his sexual harassment to come forward.

Nearly six months after beginning her investigation, Ms. McGuire finally issued a report to BSO on September 7, 2018. BSO refused to provide me or my counsel with a copy of the report, but allowed us to review the report in BSO counsel's office. Not surprisingly, without suspending Mr. Carney during the investigation or offering anonymity to witnesses, Ms. McGuire was unable to convince all witnesses to speak freely with her and could not corroborate some of my allegations. Significantly, however, she did find corroboration for incidents described above and in more detail below: (1) an incident where Mr. Carney followed two female musicians into a bathroom and demanded that they make out (described below); (2) Mr. Carney's reference to a piece as "The Battered Broad" during an audition (described below); (3) Mr. Carney's request for sex from me in October 2005; (4) Mr. Carney's efforts to use his influence over substitute hiring to get his then-mistress, now wife, hired above other more qualified substitutes (described below); and (5) Mr. Carney's sexual relationships with at least three different permanent or substitute musicians with the BSO, all of whom had less powerful positions in the orchestra at the time (described below). Ms. McGuire also concluded that Mr. Carney had lied to BSO management in 2006 when questioned about propositioning me

(continued on attached page)

| | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date            Charging Party Signature | |

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | |
| **Maryland Commission on Civil Rights** *State or local Agency, if any* | | and EEOC |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Page 7 of 9

during the Barcelona tour and lied again during this new investigation by not disclosing that he had a sexual relationship with a third musician who worked as a substitute with the BSO. Mr. Carney only admitted to this relationship when confronted with another witness's account during a second interview with Ms. McGuire. Ms. McGuire also reported that another member of the orchestra had heard from the musician whom Mr. Carney had pushed up against the wall and grinded against, corroborating Ms. Needleman's account. Although the victimized musician denied that such events had occurred, the same musician also denied a different event that Ms. McGuire found to be corroborated (the bathroom incident). Nevertheless, Ms. McGuire found there was no evidence to corroborate that Mr. Carney had indeed pushed this witness against a wall and grinded against her. Ms. McGuire also confirmed that the BSO had no sexual harassment policy for musicians until her investigation began. Despite these findings and witness statements, Ms. McGuire concluded that Mr. Carney should simply be required to attend some "sensitivity training" and that the BSO should tell him that if he lies in any future investigations, he could be subject to discipline. Apparently, lying in two different investigations was not enough to subject Mr. Carney to such discipline now; BSO prefers to wait for him to harass and lie again.

Ms. McGuire's report also revealed that BSO has destroyed many relevant records related to this matter. Former CEO Paul Meecham reported that during his tenure a CFO destroyed records, presumably explaining why BSO could produce no records of its 2006 investigation into Ms. Needleman's complaints. Ms. Kim was unable to produce two sets of requested documents: substitute hiring lists dating back to 2012 and records on an individual substitute's work with the BSO during and after she was sexually involved with Mr. Carney. Such rampant document destruction raises serious concerns about the BSO's ability to properly monitor and respond to complaints of sexual harassment.

After I retained counsel in this matter, BSO management singled me out for a dress code violation in April 2018, while not issuing a similar warning to any of the other musicians in the orchestra who were also in technical violation of the dress code during the same performance. One of these musicians was Mr. Carney, whose light green tie violated the dress code. Because Mr. Carney continued to wear this tie in later performances the same month, I assume BSO never told Mr. Carney that he too was in violation of the dress code. In my 15 years with the BSO, this was the first time I have ever been told that I was in violation of the dress code (even though I have been wearing the same allegedly offending boots for years without issue). I believe BSO chose to single me out for a dress code violation because I retained counsel to pursue my sexual harassment and retaliation claims. After I complained about this retaliatory incident to Ms. McGuire, the

**(continued on attached page)**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date         Charging Party Signature | |

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

**Maryland Commission on Civil Rights** and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

Page 8 of 9

investigator, BSO attempted to cover its tracks by half-heartedly warning some men about dress code violations. For example, in June 2018, I overheard my colleague ▓▓▓▓ say to ▓▓▓▓ that Matthew Urquhart, Assistant Personnel Manager of the BSO, had very apologetically told him his tie was not a dark tie. Mr. Urquhart told ▓▓▓▓ that he did not need to change it right away, but to do so in the future. Mr. Urquhart explained to ▓▓▓▓ that he had to talk to him about his tie because the BSO needed to reprimand men now.

Given the BSO's complicit and dismissive attitude towards sexual harassment and retaliation, it is unfortunately not surprising that I am not the only employee who has been sexually harassed by Mr. Carney. It is a well-known "secret" in the orchestra that Mr. Carney has propositioned numerous women in the orchestra for sexual relations. In light of his role as concertmaster, the most powerful musician in the BSO, Mr. Carney's pattern of seeking sexual relations from less powerful colleagues is deeply troubling. While I felt empowered to say no to Mr. Carney, I was a tenured musician at the time and held the second most prominent role in the orchestra. Nevertheless, I have suffered a decade of public humiliation and disrespect from Mr. Carney as a result. The message to other, less powerful members of the orchestra is clear: reject Mr. Carney's advances at your own peril.

I am aware of several other female musicians whom Mr. Carney has propositioned for sex. In one case, he pushed a musician up against the wall and grinded on her, against her will. In another case, since the musician rebuffed his advance, she has been looked over for promotions. Mr. Carney is directly involved in these promotion decisions and the musician has told me that she suspects he has blocked her advancement in retaliation for refusing to have sex with him.

Conversely, Mr. Carney has treated women he is sexually involved with more favorably in the workplace. For example, when Mr. Carney's current wife and then-mistress auditioned to be a substitute violin player in the BSO, she did not perform as well as others in her audition. Nevertheless, she was chosen, with Mr. Carney's say, over others who performed better than her in their auditions. Ms. McGuire noted in her investigation report that Mr. Carney's then-mistress was placed below students from the Peabody Conservatory on the list ranking substitutes, which should have been used to make hiring decisions. Moreover, after Mr. Carney's then-mistress began performing frequently as a substitute, another substitute in the strings section who had regularly performed with the BSO for a number of years, but had a poor relationship with this mistress, suddenly found her work with the BSO decline dramatically.

**(continued on attached page)**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| _____    _____<br>Date                   Charging Party Signature | |

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

Maryland Commission on Civil Rights _____ and EEOC
*State or local Agency, if any*

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Page 9 of 9

Mr. Carney has improperly based decisions about substitute musicians' work with the BSO on sexual relationships in at least one other case as well. A female musician used to perform regularly as a strings substitute with the BSO and had a sexual relationship with Mr. Carney during that time. She reports that while she was regularly called to perform as a substitute when the relationship was ongoing, when it ended and Mr. Carney moved on to another member of the orchestra in her section, she was no longer called to play as a substitute. Although Mr. Carney's sexual relationships with this substitute, the other member of the strings section, and his current wife (whom he dated when she performed as a substitute) were supposedly consensual, it is questionable how consensual a sexual relationship can be when there is such a stark power dynamic, where one person in the relationship has the power to hire and fire the other.

Another former colleague of mine reports that Mr. Carney once followed her and another female musician into a bathroom at the restaurant across the street from the Joseph Meyerhoff Symphony Hall after a concert. He demanded, multiple times, that the two women make out in front of him. The former colleague declined, but felt the need to do so very politely, so as not to incense Mr. Carney. Given the power Mr. Carney wields in the BSO, she knew that saying no to him could have serious career consequences. She made sure to say no as gently as possible, even though she was deeply offended by the request, which left her feeling extremely uncomfortable around Mr. Carney. She went out of her way to keep her distance from Mr. Carney following this incident. Ms. McGuire was able to corroborate that this occurred during her investigation.

Mr. Carney has also behaved inappropriately during auditions. During one audition, candidates were asked to play a portion of the overture from Smetana's *The Bartered Bride*. During an audition, to one of the candidates, Mr. Carney jokingly referred to the piece as "The Battered Broad." Several in attendance found Mr. Carney's joke about domestic violence deeply troubling. Ms. McGuire found this story corroborated.

Two of the witnesses described above either declined to talk with Ms. McGuire at all or declined to talk openly during her investigation because she refused to keep their names from Mr. Carney and BSO management. Ms. McGuire acknowledged this in her investigation report. Others may not have felt safe talking openly with Ms. McGuire given that Mr. Carney continued to report to work each day during the investigation as the most powerful musician in the orchestra and the BSO has a track record of ignoring and failing to protect those who report sexual harassment.

I solemnly affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies If I change my address or phone number and I will cooperate fully with them In the processing of my charge In accordance with their procedures.<br>I declare under penalty of perjury that the above Is true and correct.<br><br>9/14/18<br>Date ___ Charging Party Signature | NOTARY – *When necessary for State and Local Agency Requirements*<br><br>I swear or affirm that I have read the above charge and that It is true to the best of my knowledge, Information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
|---|---|