# EXHIBIT E

The Violin Channel.com

World's Leading Classical Music Platform reported on January 23, 2025:

# Baltimore Symphony Orchestra's Concertmaster to Retire

By The Violin Channel

January 23, 2025

2 MIN READ

## Violinist Jonathan Carney will retire at the end of the 2026/27 season after 25 years in the position

**Jonathan Carney** has served as the **Baltimore Symphony Orchestra**'s (BSO) concertmaster since 2001. He recently announced he will retire from the role at the end of the 2026-27 season.

Currently the longest-serving concertmaster in BSO history, he was first appointed to the ensemble by **Yuri Temirkanov**. His 25-

year career also includes many recordings led by the orchestra's former music director **Marin Alsop**.

For his service, he will be given the BSO's first honorary title of concertmaster laureate after his retirement. "It has been my life's greatest honor to lead the extraordinary members of the Baltimore Symphony Orchestra as concertmaster this past quarter century," Carney said.

Before his move to the U.S. with his family, Carney had spent over ten years as concertmaster of the **London Philharmonic**. Hailing from New Jersey, he is a graduate of the Royal College of Music, and was mentored by Ivan Galamian and Christine Dethier.

**According to The Baltimore Banner**, his tenure was also marked by allegations of inappropriate behavior, ranging from **alleged misconduct in 2005** to a temporary peace order after he was said to have threatened a Mid-Atlantic Symphony Orchestra employee.

In 2017, the BSO engaged a lawyer to investigate allegations against him, which uncovered several situations. One instance includes multiple witnesses who told the investigator that Carney once followed two female colleagues into a women's restroom and wanted "to see them kiss." In the report, Carney also admitted to romantic relationships with three other musicians who were either BSO members or substitutes, including one he initially failed to disclose.

Katherine Needleman, principal oboist for the BSO, told the **Baltimore Sun** that, "Jonathan Carney's impending departure gives me newfound hope for the BSO. As I described in my EEOC charge, the BSO allowed his lie — where he said he never asked me for sex or commented on my body — in an HR investigation to stand with no apparent consequences. In addition to the retaliation I have endured in the workplace, other women inside and outside the BSO documented his threats and the fearful environment he creates in affidavits in my EEOC charge. I only wish his departure had happened 21 years sooner."

The BSO has stated that their international search for a new concertmaster will now begin.