# EXHIBIT F

St. John, Lara - SJL-2,209

**LAW OFFICES OF BRIAN K. BERNSTEIN, P.C.**
2050 CENTER AVENUE
SUITE 435
FORT LEE, NEW JERSEY 07024
201-461-3800

# Statement

Invoice No: SJL-2,209
Date: 4/30/25

St. John, Lara
131 East 70th Street
New York, NY 10021

## Carney Litigation

### Hourly Fees

| Date | Description | Timekeeper | Time | Rate | Amount |
|---|---|---|---|---|---|
| 4/7/25 | Telephone call █ Refview email with attachment | Brian K. Bernstein | 1:00:00 | $425.00/HR | $425.00 |
| 4/8/25 | Review remainder of documents; start legal research; Telephone all █ | Brian K. Bernstein | 2:30:00 | $425.00/HR | $1,062.50 |
| 4/9/25 | Prepare engagement; Prepare retention letter/Litigation Hold letter; Review Hold Letter from Plaintiff's counsel; Draft letter to █ | Brian K. Bernstein | 1:45:00 | $425.00/HR | $743.75 |
| 4/10/25 | Review email and documents from █ Review client email; Prepare letter to counsel | Brian K. Bernstein | 1:12:00 | $425.00/HR | $510.00 |
| 4/11/25 | Legal research; Review documents from █ Telephone call Neil Ruther | Brian K. Bernstein | 2:15:00 | $425.00/HR | $956.25 |
| 4/13/25 | Prepare Notice of Appearance; Legal research continued; start drafting of Memo of Law, Notice of Motion, BKB affirmation | Brian K. Bernstein | 4:30:00 | $425.00/HR | $1,912.50 |
| 4/14/25 | Initial revisions to drafted documents; Telephone call █ | Brian K. Bernstein | 1:15:00 | $425.00/HR | $531.25 |
| 4/15/25 | Review SHJ documents; Telephone call with counsel; File Notice of Appearance; Draft Stipulation to extend time to Answer or move | Brian K. Bernstein | 1:45:00 | $425.00/HR | $743.75 |
| 4/16/25 | Letter to █ Revise Litigation Hold Letter; Prepare client hold letter; Stip and letter to counsel | Brian K. Bernstein | 1:45:00 | $425.00/HR | $743.75 |
| 4/22/25 | Review So Ordered Stipulation; Letter to client | Brian K. Bernstein | 0:24:00 | $425.00/HR | $170.00 |
| 4/24/25 | Legal research; Outline | Brian K. Bernstein | 2:45:00 | $425.00/HR | $1,168.75 |
| 4/25/25 | Work on motion | Brian K. Bernstein | 1:48:00 | $425.00/HR | $765.00 |
| 4/30/25 | Legal research | Brian K. Bernstein | 2:45:00 | $425.00/HR | $1,168.75 |
| | **Total Hourly Fees** | | 25:39:00 | | **$10,901.25** |

### Expenses

| Date | Description | | | Cost | Count | Amount |
|---|---|---|---|---|---|---|
| 4/30/25 | Copies | | | $128.50 | 1 | $128.50 |
| | **Total Expenses** | | | | | **$128.50** |

**Balance: $11,029.75**

**LAW OFFICES OF BRIAN K. BERNSTEIN, P.C.**
**2050 CENTER AVENUE**
**SUITE 435**
**FORT LEE, NEW JERSEY 07024**
**201-461-3800**

# Statement

Invoice No: SJL-2,216
Date: 5/30/25

St. John, Lara
131 East 70th Street
New York, NY 10021

## Carney Litigation

### Hourly Fees

| Date | Description | Timekeeper | Time | Rate | Amount |
|---|---|---|---|---|---|
| 5/1/25 | Legal research and drafting | Brian K. Bernstein | 1:00:00 | $425.00/HR | $425.00 |
| 5/4/25 | Work on Memo of Law | Brian K. Bernstein | 2:45:00 | $425.00/HR | $1,168.75 |
| 5/5/25 | Continue preparation of motion papers; Letter to counsel | Brian K. Bernstein | 2:30:00 | $425.00/HR | $1,062.50 |
| 5/6/25 | Review counsel's reply email; Prepare Order; Call with Counsel; Letter to counsel; Call with ███ | Brian K. Bernstein | 1:30:00 | $425.00/HR | $637.50 |
| 5/7/25 | Review email and links from ███; Telephone call with Counsel regarding Stipulation | Brian K. Bernstein | 0:45:00 | $425.00/HR | $318.75 |
| 5/8/25 | Review email with attorney and ███ | Brian K. Bernstein | 0:24:00 | $425.00/HR | $170.00 |
| 5/9/25 | Telephone call with ███ | Brian K. Bernstein | 0:12:00 | $425.00/HR | $85.00 |
| 5/13/25 | Review Court Scheduling Order | Brian K. Bernstein | 0:12:00 | $425.00/HR | $85.00 |
| 5/16/25 | Legal research continued | Brian K. Bernstein | 2:15:00 | $425.00/HR | $956.25 |
| 5/19/25 | Research and drafting regarding motion | Brian K. Bernstein | 4:00:00 | $425.00/HR | $1,700.00 |
| 5/20/25 | Telephone call with ███ Continue drafting of memo of Law | Brian K. Bernstein | 3:45:00 | $425.00/HR | $1,593.75 |
| 5/22/25 | Research regarding Carney public information; Redraft of motion papers | Brian K. Bernstein | 3:48:00 | $425.00/HR | $1,615.00 |
| 5/23/25 | Revise papers; Check citations | Brian K. Bernstein | 2:30:00 | $425.00/HR | $1,062.50 |
| 5/25/25 | Emails with counsel; slight revision to draft; Prepare letter and stipulation and file | Brian K. Bernstein | 1:15:00 | $425.00/HR | $531.25 |
| 5/27/25 | Prepare affidavit; Revise MOL; Letter to ███ Emails and Stip with counsel | Brian K. Bernstein | 2:15:00 | $425.00/HR | $956.25 |
| 5/28/25 | Finalize draft documents; Letter adn docs to ███ File Stipulation | Brian K. Bernstein | 3:06:00 | $425.00/HR | $1,317.50 |
| 5/29/25 | Review ███ comments; Revise documents; Limited research | Brian K. Bernstein | 2:12:00 | $425.00/HR | $935.00 |
| | **Total Hourly Fees** | | **34:24:00** | | **$14,620.00** |

### Expenses

| Date | Description | Cost | Count | Amount |
|---|---|---|---|---|
| 5/22/25 | Registrations for Relevant Articles | $30.00 | 1 | $30.00 |
| | **Total Expenses** | | | **$30.00** |

**Balance: $14,650.00**