UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD JONATHAN CARNEY,   Civil Action No. 25-cv-2525-LAK

        Plaintiff,

  -against-   AFFIRMATION OF SERVICE

LARA ST. JOHN,

        Defendant.

---

I, BRIAN K. BERNSTEIN, ESQ., declare under penalty of perjury that I served true copies of Defendant's Notice of Motion to dismiss the Complaint, the Affirmation of Brian K. Bernstein, Esq. in Support of Defendant's Motion to Dismiss the Complaint and for Legal Fees, and Exhibits, and supporting Memorandum of Law upon Plaintiff by serving Plaintiff's counsel, Thomas A. Capezza, Esq. and Neil J. Ruther, Esq., by filing same via ECF.

Dated: Fort Lee, New Jersey
      June 8, 2025

                        Respectfully submitted,

                        LAW OFFICES OF BRIAN K. BERNSTEIN, P.C.

                        Brian K. Bernstein (NY Bar No. 1882182)
                        2050 Center Avenue, Suite 435
                        Fort Lee, NJ 07024
                        (201) 461-3800
                        brianbernstein@bkbesq.com
                        Counsel for Defendant Lara St. John