UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
EDWARD JONATHAN CARNEY,

                Plaintiff,

            -against-

LARA ST. JOHN,

                Defendant.
------------------------------------------------x

25-cv-2525 (LAK)

### ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will discuss the current scheduling order, the possibility of any changes to it, possible settlement, and any other matters that may be helpful at the November 13 conference. Plaintiff shall have made a settlement prior to the conference and both sides should be prepared to discuss possible settlement. The November 13 conference will be in Courtroom 26B.

        The Clerk shall terminate Dkt 39.

        SO ORDERED.

Dated:    November 4, 2025

                                                  Lewis A. Kaplan
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-4-25