UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
Edward Jonathan Carney,

              Plaintiff,            25-cv-02525-LAK

v.

Lara St. John,

              Defendant.

------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/26

**ORDER**

The commencement of trial is adjourned until Monday, June 8, 2026 at 9:30 AM.

DATED: February 3, 2026

                                            Lewis A. Kaplan
                                        United States District Judge